UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. |
| AGORA, INC., PIRATE INVESTOR, LLC and FRANK PORTER STANSBERRY | ) ) ) | |
| Defendants. | ) | |

## COMPLAINT

Plaintiff Securities and Exchange Commission ("Commission"), for its Complaint against

Agora, Inc. ("Agora"), Pirate Investor LLC ("Pirate") and Frank Porter Stansberry ("Stansberry")

(collectivley referred to as "defendants"), hereby alleges as follows:

### INTRODUCTION

1.    Defendants engaged in an ongoing scheme to defraud public investors by disseminating

false information in several Internet newsletters published by Agora or its wholly owned

subsidiaries such as Pirate. Through various publications, defendants claimed to have

inside information about certain public companies. Defendants suggested that its

readers could cash in on the inside information and make quick profits. The defendants

offered to sell the inside information to newsletter subscribers for a fee of $1,000.

2.    Numerous subscribers purchased the defendants "inside tips" and made investment

decisions based on that information. The purported inside information was false and, as

a result, the subscribers did not realize the profits the defendants promised.

3.      The defendants, however, profited handsomely. On information and belief, Agora
        received in excess of $1 million from the sale of false information to its newsletter
        subscribers.

### STATUTES AND RULES ALLEGED TO HAVE BEEN VIOLATED

4.      Defendants Agora, Pirate, and Stansberry have engaged and, unless enjoined, will
        continue to engage, directly or indirectly, in transactions, acts, practices, and courses
        of business which constitute violations of Section 10(b) of the Exchange Act of 1934
        ("Exchange Act") [15 U.S.C. §§ 78j(b)] and Rule I0b-5  thereunder [17 C.F.R. §
        240.10b-5].

5.      Defendants' conduct occurred in connection with the purchase and sale of securities
        of public companies, including but not limited to, USEC, Inc. ("USEC").

### JURISDICTION AND VENUE

6.      The Court has jurisdiction over this action pursuant to Section 22(a) of the Securities
        Act of 1933 ("Securities Act") [15 U.S.C. § 77u(a)] and Section 21 (d) of the Exchange
        Act, [15 U.S.C. § 78u(d)].

7.      The defendants, directly or indirectly, have made use of the mails, means or
        instruments of transportation or communication in interstate commerce, or means or
        instrumentalities of interstate commerce in connection with the transactions, acts,
        practices and courses of business described in this Complaint.

8.      Venue over this action is proper pursuant to Section 22(a) of the Securities Act [15
        U.S.C. § 77v(a)] and Section 27 of the Exchange Act [15 U.S.C. §§ 77v(a) and 78aa].

9.      Venue lies in the District of Maryland because certain of the transactions, acts,

practices and courses of business constituting violations alleged herein occurred within the state of Maryland. In addition, Agora is a Maryland corporation with its principal place of business in Baltimore, Maryland. Pirate Investor LLC is a Maryland limited liability company with its principal place of business in Baltimore, Maryland. Defendant Frank Porter Stansberry is a Maryland resident.

## AUTHORITY FOR PROMULGATED RULES CITED HEREIN

10. Plaintiff Commission brings this action pursuant to Sections 20(b) and 20(d) of the Securities Act [15 U.S.C. §§ 77t(b) and 77t(d)] and Sections 21(d) and 21(e) of the Exchange Act [15 U.S.C. §§ 78u(d)(3) and 78u(e)], to restrain and enjoin the defendants from engaging in the transactions, acts, practices and courses of business described herein which violate the federal securities laws, and transactions, acts, practices and courses of business of similar purport and object, to order defendants to disgorge all ill-gotten gains received during the period of violative conduct, and to impose civil money penalties pursuant to Section 20(d) of the Securities Act and Section 21(d)(3) of the Exchange Act against defendants.

11. Pursuant to authority conferred upon the Commission by Sections I 0(b) and 23 (a) of the Exchange Act [15 U.S.C. §§ 78j(b) and 78w(a)], the Commission promulgated Rule l 0b-5 [17 C.F.R. §§ 240.10b-5]. Rule l 0b-5 was in effect at the time of the transactions and events alleged in the Complaint and remains in effect.

## DEFENDANTS

12. Agora, Inc. is a Maryland corporation based in Baltimore. Agora publishes books, magazines, newsletters and operates at least 15 financial web sites in the United

States and Europe. Agora's publications include The Cutting Edge, Penny Stock Advisory, The Red Zone, Taipan, Rogue Trader, The Flying V Lockup Trader, CSX Trader, Fleet Street Letter, Options Hotline, Outstanding Investments, Richebacher Letter, Daily Reckoning Investment Advisory, Carpathia Letter, Strategic Opportunities, Jim Davidson's Vantage Point Investing, and the Contrarian Speculator.  Agora publications have well over 21,500 paid subscribers.

13.   Pirate Investor, LLC, is a Maryland Limited Liability Company that runs a financial advisory web site and newsletter, PirateInvestor.com.  Pirate is wholly owned by Agora. Defendant Frank Porter Stansberry is the editor of PriateInvestor.com.

14.   Frank Porter Stansberry, resides in Baltimore, Maryland. He is the editor of two of Agora's Internet financial newsletters: Porter Stansberry's Investment Advisory and PirateInvestor.com. Stansberry's compensation is based in part, on a percentage of the revenues realized by those on-line publications.

THE FRAUDULENT SCHEME

Marketing the False Inside Information

15.   Agora's newsletters, including PirateInvestor.com, claim to be "a service featuring independent, original and thoughtful research into the process of wealth creation."

16.   Instead, the newsletters contain nothing more than baseless speculation and outright lies, fabricated to induce investors to pay Agora (or its subsidiaries) for subscriptions or purported inside information.

17.   The subscribers paid Agora for the alleged insider information only to later discover that the inside information was false.

18.   On or about May 14, 2002, at least 15 of Agora's Internet newsletters disseminated an
      e-mail, written by Stansberry promising quick profits based on inside information.
      The heading on the e-mail stated: "DOUBLE YOUR MONEY ON MAY 22ND ON
      THIS SUPER INSIDER TIP." A true and correct copy of the May 14, 2002, e-mail is
      attached hereto as Exhibit A.

19.   The e-mail claimed analysts at PirateInvestor.com had come into possession of certain
      details about the pending approval of a major international agreement that "will create
      more than $2.5 billion in profits for one small company." The e-mail identified the
      issuer as a company that was involved in the nuclear energy field and would benefit
      from the arms reduction treaty between the U.S. and Russia.

20.   Stansberry's May 14, 2002, e-mail maintained investors would "make a fortune"
      because PirateInvestor.com had a "senior executive inside the company" as a source
      for its inside information. PirateInvestor.com claimed this executive was "definitely
      in a position to know the intimate deals of this agreement" and when it would be
      approved.   Therefore, the e-mail announced that PirateInvestor.com was in a position
      to "tell you EXACTLY WHEN the deal will be finalized and announced to the
      public."

21.   The e-mail encouraged recipients to stake their entire investment portfolios on this
      unnamed company and suggested investors would be able to double their "investment
      dollar in a single day." Finally, the e-mail stated PirateInvestor.com "can even tell
      you exactly which day to buy (May 21 st) and which day to sell (May 23rd). There is
      nothing else you have to do."

22.     The e-mail did not give the name of the company but indicated it was listed on the

        NYSE and offered to sell a full report including the name of the company to

        subscribers for $1,000.

                        **The USEC Report Contains False Information.**

23.     Once the reader purchased the tip for $1,000, the reader received a report that

        identified USEC as the company with the impending contract approval ("USEC

        report").  A true and correct copy of the USEC Report is attached hereto as Exhibit B.

24.     Agora's web site attributed the May 14, 2002 e-mail and the USEC report to Jay

        McDaniels. Jay McDaniels is a pseudonym for Stansberry.

25.     The USEC report claimed USEC and Tenex, a Russian governmental agent

        corporation, had reached an agreement for Tenex to sell dismantled nuclear warheads

        to USEC at a reduced rate under a pricing agreement.

26.     The USEC report indicated that both the U.S. and Russian governments were required

        to approve the pricing agreement before it became effective. The USEC report claims

        that, based on information from a company insider, the pricing "agreement will be

        approved just prior to the upcoming Bush-Putin Summit." Referring again to the

        pricing agreement, the USEC report states that "[a]11 it needs are the politicians to

        sign off on the deal" and "according to my source, that will happen-finally-on May

        22nd."

27.     Stansberry eventually identified Steven A. Wingfield as the insider who purportedly

        provided the inside information regarding the May 22nd signing date of the arms

        reduction treaty between U.S. and Russia. Steven A. Wingfield is USEC's Director

of Investor Relations.

28. Stansberry claimed Wingfield told him the U.S. and Russian governments would approve the agreement between USEC and Tenex on May 22, 2002, the day before the start of the Bush-Putin Summit.  Wingfield made no such statement to Stansberry.

29. Wingfield told Stansberry the same thing he told all analysts who called the investor relations department at USEC. Stansberry asked Wingfield about the pending approval of the USEC-Tenex contract by the U.S. and Russian governments. Wingfield responded to Stansberry, as he did to all analysts, by saying USEC "expected it would be approved in the near future."

30. Wingfield did not tell Stansberry, directly or indirectly, that the pricing agreement with Tenex would be approved by any governmental entity on May 22, 2002. No one at USEC knew when or if the pricing agreement would be approved.

31. Stansberry had no basis whatsoever for the claim in the USEC Report that the approval of the USEC-Tennex contract would occur on May 22, 2002.

32. The pricing agreement between USEC and Tennex was approved on June 19, 2002. On that date the Department of State and USEC separately announced approval of the pricing agreement by both the U.S. and Russian governments.

Market Activity in Response to Agora's False Information

33. From January 2, 2002, through May 13, 2002, trading volume in USEC common stock averaged approximately 189,000 shares a day at prices ranging from $5.78 to $7.37 a share.

34. From May 14 through May 23 volume averaged 3,340,138 shares a day with closing

prices ranging from $7.85 a share on May 14 to a high of $9.98 a share on May 20. There was also a significant increase in the volume of options trading in USEC stock during this period.

35.    On May 22, USEC failed to make the announcement promised by the Agora e-mails and the USEC report and that day the price of USEC stock fell from $9.54 to $8.20 a share, a drop of nearly 15%.

Agora's On-going Efforts to Disseminate False Information to the Investing Public

36.    Agora promoted other securities in its newsletters. Even after Agora became aware of the Commission's investigation, its newsletters have continued to publish e-mails promoting numerous securities accompanied by fantastic claims of quick profits or inside information.

37.    For example, Agora publications have touted stocks that it claims will double or triple in value over the next year. Other Agora publications claim to provide information that allows an investor to "turn $10,000 into $114,280 by April 18, 2003."

38.    Agora continues to promise its subscribers, "Almost Unbelievable Profits - 4.5 Times Your Money in 48 Hours."

39.    As recently as the first week in April 2003, Agora published articles making similar claims of exorbitant profits. In each instance, recipients of the e-mails are offered "free" copies of the headlined reports if they subscribe to one of the various Agora newsletters at a cost of from $69 to $1250 a year. The money-making investments featured in the reports are typically microcap issuers with cures for cancer or AIDS or a technological breakthrough. Some of the tips are characterized as being based on

"secret" or "inside" information.

40. In some instances, the individual writing the reports Agora provides to its subscribers has an undisclosed relationship to the company being promoted.

41. For example, James Dale Davidson is the editor of Agora's Vantage Point Investment Advisory, a financial newsletter with a worldwide circulation. In December 2002 and January 2003, Agora distributed e-mails written by Davidson to its subscriber base. These e-mails promote several unnamed microcap issuers and offer to provide reports naming these issuers if the recipient of the e-mail paid $149 to subscribe to the Vantage Point newsletter.

42. Among the issuers promoted in this manner have been GeneMax Corp. and Endovasc Ltd., Inc.  Davidson is an officer, director and, indirectly, a substantial shareholder of these two issuers. Neither the soliciting e-mail nor the subsequent company report discloses Davidson's relationship to the companies.

## FIRST CLAIM FOR RELIEF

### FRAUD IN CONNECTION WITH THE PURCHASE OR SALE OF SECURITIES

Violations of Section 10(b) of the Exchange Act, 15 U.S.C. §78j(b), And Rule 10b-5 thereunder, 17 C.F.R. § 10b-5

43. The Commission repeats and realleges each and every allegation contained in paragraphs 1 through 42, as if fully set forth herein.

44. Defendants, by engaging in the conduct described above, directly or indirectly, in connection with the purchase or sale of securities, by the use of means or instrumentalities of interstate commerce, or of the mails, or of a facility of a national

securities exchange, with scienter:

a.  employed devices, schemes or artifices to defraud;

b.  made untrue statements of material fact or omitted to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; or

c.  engaged in acts, practices or courses of business which operated or would operate as a fraud or deceit upon other persons;

d.  in violation of Section 10(b) of the Exchange Act and Rule l 0b-5 thereunder.

45.  By reason of the foregoing, defendants violated, and unless restrained and enjoined will continue to violate, Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Rule I0b-5, 17 C.F.R. § 240.10b-5.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff Commission respectfully requests that this Court:

### I.

Issue findings of fact and conclusions of law that Defendants committed the violations alleged herein.

Issue an Order Issue in a form consistent with Rule 65(d) of the Federal Rules of Civil Procedure, permanently enjoining defendants Agora, Pirate and Stansberry, and their officers, agents, servants, employees, attorneys, and accountants, and those persons in active concert or participation with any of them, who receive actual notice of the order by personal service or otherwise, and each of them, from engaging in the transactions, acts, practices and courses of

business described herein, and from engaging in conduct of similar purport and object in violation of Section 10(b) of the Exchange Act and Rule l 0b-5 thereunder.

### III.

Enter an order that defendants Agora, Stansberry and Pirate, provide an accounting and disgorge their ill-gotten gains from the illegal conduct alleged in this Complaint and to pay prejudgment interest thereon.

### IV.

Enter an Order that Defendants Agora, Stansberry and Pirate pay civil penalties pursuant to Section 20(d) of the Securities Act, 15 U.S.C. § 77t(d), and Section 21(d) of the Exchange Act, 15 U.S.C. § 78u(d), for the violations alleged herein.

### V.

Retain jurisdiction of this action in accordance with the principles of equity and the Federal Rules of Civil Procedure in order to implement and carry out the terms of all orders and decrees that may be entered, or to entertain any suitable application or motion for additional relief within the jurisdiction of this Court.

DATED: April 9, 2003                    Respectfully submitted

kAREN L. MARTINEZ
THOMAS M. MELTON
BRENT R. BAKER
Securities and Exchange Commission
50 South Main Street, Suite 500
Salt Lake City, Utah 84144
(801) 524-5796          (801) 524-3558 (fax)

Attorneys for the Plaintiff
Securities and Exhange Commission

# EXHIBIT A

DOUBLE *YOUR* MONEY ON *Mf.* ND
WITH THIS *"SUPER* INSIDER" TIP

Dear Investor,

I've recently learned the details of a major international agreement between the United States and Russia that will create more than $2.5 billion in profits for one small U.S. company.

Investors in this company are going to make a fortune - for reasons that I can detail for you here. And, best of all, because of my source - a senior company executive - I can even tell you EXACTLY WHEN the deal will be finalized and announced to the public.

The deal will close on May 22nd, only a few days from now.

The company involved is publicly traded - on the New York Stock Exchange - and its currently paying an 8% annual dividend.  Although the company has a billion dollars in net assets, it has been forgotten by Wall Street and today its valued for less than $600 million.

Meanwhile, reasonable projections see the upcoming deal adding at least $2.5 BILLION in profits to the company's bottomline.  Although the market value of the stock could soar by four or five times (it's only a $7.00 stock), I'm conservatively estimating that the shares will double.

Let me show you why.

On May 23rd the United States and the Russian government will sign a new arms reduction agreement that will reduce the number of nuclear warheads around the world by around 10,000. Thousands of investors watching CNN or CNBC will see the ceremony, with all its pomp and circumstance, live from St. Petersburg, Russia. But only a handful of investors will have already profited on the behind-the-scenes-maneuvering that put one company in a position to make an outrageous profit on the new treaty.

If you follow politics closely, the upcoming U.S.-Russian summit probably isn't news to you. Details are already leaking out to the media. For example, on The Wall Street Journal's May 8th front-page: "the U.S. and Russia now appear on track to sign a nuclear arms reduction treaty at the Bush-Putin summit."   What you haven't read in the papers yet is how this deal will mean hundreds of millions of dollars in windfall profits for one company. In fact, on May 22nd - the day before the summit begins - shares in this stock should more than DOUBLE, as the new agreement with the Russians will mean fat profits through the year 2013.

A high-level corporate executive - someone definitely in a position to know - passed along the details to me. He explained how the deal would benefit his company - raising its profit margins by 20 percentage points. He even told me the precise day the deal would be announced.

This is the kind of insider information that could make you

In fact, the company in question is already a terrific
bargain. It's valued by the stock market for around HALF
of net assets. It pays an 8% dividend annually. In each
of the last four years it sold over a billion dollars worth
of product. This year alone it will have over $150 million
in cash flow thanks to excess inventory reductions. This
is a profitable business, with or without a treaty with the
Russians. Despite its assets, sales and terrific strategic
position, the market values the entire company at less than
$600 million because this is an "old-economy" stock.

In other words, you could probably DOUBLE your money on
this stock as the stock market recovers - with or without
the sweetheart deal the company has negotiated as part of
the upcoming nuclear arms agreement. And, with the
information I'm prepared to give you, you won't have to
wait for the stock market to recover. This stock will
probably double - and could even triple or more - on the
news I know will be announced in a few days.

Make no mistake - my plan to double your money is extremely
low risk. This is a billion dollar corporation (in sales)
that's currently valued at less than $600 million and that
pays an 8% annual dividend. I'm not even recommending the
options on this stock - just the regular shares. If you
can double your money in one day on a low risk speculation,
why get greedy?

But, for just a moment, forget about the blue chip
description, the 8% dividend, the Russian presidential
summit - I'll fill in the details as we go.

Focus on doubling your investment dollar SAFELY on the back
of an insider tip. I can even tell you exactly which day
the pop in the stock should happen. Like I told you, it's a
Wednesday later this month - May 22nd. The news will be all
over CNN. The President of the United States will be
involved. And one company - just one company - stands to
gain at least $250 million in income each year for the
foreseeable future (at least through 2013). Considering
that the stock in question is only valued at $600 million
today ... well, I'm conservatively estimating that the stock
will double. But it could certainly go up a lot more than
that...

Again - this tip is for a single stock. It trades on the
New York Stock Exchange. It pays an 8% dividend. It has a
virtual monopoly on its business in the U.S. And I can
tell you precisely when, why and how its shares should
double later this month. Downside if I'm wrong? Most
likely zero.  After all, the stock is already trading at
less than net assets and it's paying an 8% annual
dividend.

This could be the simplest, safest and easiest way you'll
ever double or even triple your money. Ever. And I'm going
to give you a summary of the opportunity, right here in
this email.


HOW TO MAKE A LOT OF MONEY, WITHOUT RISKING ANY (HINT:
POLITICS)

How much is information like this worth to you?

### A REPORT THAT COULD DOUBLE YOUR INVESTMENT DOLLAR IN A SINGLE DAY

I'm going to make this very easy for you. I'm not asking you to subscribe to my newsletter in exchange for this information. (I don't even write a newsletter). I'm not asking you to follow a trading system. (I don't have one). I'm not going to bother you with subsequent emails or follow-up phone calls. Nope. This is a simple, one-shot deal. I'll simply give you immediate access to a full report on the opportunity, including all of the back up information you'd need to verify everything I've toed you here.

If you're interested, and you think the price is fair, all you have to do is buy one four-page report. You can verify all of the details I'll provide with documents available via public records. I'll even give you an Internet link to the company's most recent financial data.

And you can buy the report through a link at the bottom of this page. You'll have INSTANT ACCESS to the report. I can't make it any easier.

Let me repeat my offer: This blue chip, undervalued stock, which pays an 8% dividend, should double on May 22nd because of a key new commercial arrangement between the United States government and Russia. All the insiders are preparing to take profits ... and you can join them.

So ... what is this information worth?

Let's say you take my advice and I'm right on the money. Let's say - just for the sake of argument - that the stock hits a new all-time high. It goes to $14. You'd make 100% on your money - even after trading costs.

Now look, I know that a lot of you can afford to put a lot more than $10,000 on this kind of safe, high return play. It's not an option play. It's not a growth stock. It's not even a tech stock. Nope. It's a high dividend paying commodity company. But, even if you only have $10,000 to invest, I could help make you double that $10,000 in a few days. Heck, I can even tell you exactly which day to buy (May 21 st) and sell (May 23rd). There's nothing else you'll have to do.

So ... what price do you think is fair for this kind of information? How much would you pay?

Lots of people spend $10,000 or more for solid, profitable investment advice. After all, if you're making money with the information, it's worth it. But these services all require lots of trading ... and lots of risk taking. With the deal I'm offering you today, all you have to do is buy one stock. And, as I've shown you, it's a low-risk stock.

Other services charge $5,000 or more for so-called "insider" connections. Conference call services, "angel"

investment clubs and the like. An ~~seals always entail~~ Case 1:03-cv-01042-MJG Document 1   Filed 04/10/03   Page 16 of 24
super high-risk bets that take YEA.        ,r mature - if they
ever do.

What I'm offering you today is far superior to both of
these kinds of offers. It's low risk and it will come to
fruition - one way or the other - this month. If the deal
doesn't hit big, your capital won't be tied up forever and
there's almost no chance you'll lose money because the
company pays such a big dividend and is so undervalued
relative to assets. Plus, it's just one stock. There's
not all of the work required to follow an investment
"system."

So ... what's a fair price? Honestly, I have no idea. It
really depends on how much money you have to invest. If
you're going to put a million dollars on this - and you
could - then the information is probably worth $50,000 or
more. But I know most of you don't have that kind of money
to play with (though some of you do). No matter how much
you decide to invest, I'll give instant access to the
information to anyone who cares to pay $1,000 for it. Its
not cheap - but if we double our money this month - it's
easily worth it.

And, by the way, I might not recommend stocks all that
often, but I've been in and around the investment
publishing business longer than Porter Stansberry, Steve
Sjuggerud and Dan Ferris combined. From time to time - as
you see here - I come across very solid information.

I hope you'll use this lead to your best advantage. Your
friends won't understand your newfound interest in
politics ... and they won't know where you got the money for
you new house, boat, car, and vacation either.


Sincerely,
Jay McDaniel


P.S. To buy this special INSIDER TIP report, just click
here:

<http://www.pirateinvestor.com/Reports/350SSIT/DR/W35OC5D4.cf m>

I'm sure you're wondering - how is    ssible to double
your money on a safe stock in one day? How can you double
or triple your money - in less than a month - without
buying a speculative stock or stock options? How can you
make a killing without putting much at risk?

In a word, politics.

That's right. Living in the greater Washington D.C.
metropolitan area has its distinct advantages. Recessions
never hit this part of the country because the government
never stops growing. And, the insider tips you get at the
country clubs here have nothing to do with something as
risky as venture capital. Instead, I hear about the dirty,
but sometimes very profitable, world of politics.

Maybe you haven't heard about it yet, but the upcoming
U.S.-Russia summit is big news here in D.C. President
Putin will host President Bush for three days in Russia.
According to my source - and backed up by rumors that have
been reported in the mainstream press - the major
announcement of this summit will be an important new
strategic alliance between the United States and Russia,
relating to nuclear stockpiles and a new strategic defense
system to protect both our countries from nuclear
missiles...

The company I'm passing along to you will be a direct
beneficiary of this agreement, to the tune of billions of
dollars in profits.

See how this works? It's a total insider deal. Money and
favors in exchange for a fat deal with the Russians. Hey,
I know it's dirty. But I don't make the rules and I don't
run the company or involve myself in politics. On the
other hand, I see nothing wrong with profiting from my
insider knowledge of this deal and I don't think you should
be ashamed to do so either.

It's a great opportunity. Let me give you a few of the
details now.


THE DETAILS YOU NEED TO MAKE A QUICK (AND HUGE) PROFIT

First, the company that will profit at the expense of the
Russians is well known and (obviously) well connected.

In fact, the company was spun out of the U.S. government in
1993, which helps to explain why it has so much access to
the government corporate welfare trough. Let me reiterate:
this is a major company, not some penny stock. On the
balance sheet you'll find over $200 million in cash and
over $800 million in inventory (some of which was just
liquidated for over $150 million). Net assets are valued
at more than $950 million. But - get this - today the
stock trades for less than $600 million - despite paying an
8% dividend this year.

This is a major company that sells a critically important
commodity all over the world. It has had over a billion
dollars in sales for the last four years and positive
earnings per share each of the last four years too.

So ... what's wrong with this picture :    nis is such a great company, why is the stock so undervalued?

Because without the upcoming deal with the Russians and the support it gets from the U.S. government (protective tariffs), its costs match its sales revenue. In other words, this company - absent its upcoming deal with the Russians - would probably only breakeven this year.

So ... the market is a down on the company. But I know the deal with the Russians is about to go through...! Once the deal with the Russians goes through, the company's net margins should exceed 20% - netting it around $250 million per year, even if you assume its market doesn't grow at all!

And guess what? The deal with the Russians has ALREADY BEEN SIGNED. That's right. It's all done, locked up. Finished. The only thing that both sides are waiting on is the proper media event to announce this commercial cooperation between the Ruskies and us. It's a feel good thing. It's PR for the politicians. You know how the game works. The important work is done in advance, so that when the cameras are rolling, everything comes off without a hitch.

Who is my source? Well ...I can't tell you, except to say that he is a senior executive inside the company. He is definitely in a position to know the intimate deals of this agreement.

Wait a minute you say ... isn't this insider trading?

Well, it might be except because I'm willing to give you all of the details, it's now public information. (You don't have to wonder why I'm bringing you this information. I can't make money with this idea unless I make it public first).

Why haven't the other investment newsletter writers at www.pirateinvestor.com <http://www.pirateinvestor.com> told you about this opportunity?

Frankly, they probably wouldn't touch this stock. They're free-market guys. They loathe the fact that this stock has a monopoly on its commodity product in the United States. And Porter Stansberry or Dan Ferris would tell you that this company's technology isn't cutting edge.

But, to me, that hardly matters, because - right or wrong - the company operates in the United States with a VIRTUAL MONOPOLY. It has persuaded Washington to slap a huge tariff on its foreign competition - a tariff that ensures it will operate profitably in the United States for at least the next five years. Furthermore, the company has landed a deal with the Russians for the raw materials it needs to reduce its production cost by 20% or more. All that's left is the government approval for the contract - which is coming on May 22nd, just in time for the Bush-Putin summit.


ARE YOU INTERESTED? WANT TO ROLL THE (LOADED) DICE WITH ME THIS MONTH?

Now ... before I ask you if you're int.- -,ced in this information, I have to make one thing perfectly, crystal clear. I'm not a Merrill Lynch stock analyst. I'm not hyping this thing to you because I'm trying to raise money for an IPO. No. I'm in the business of selling independent investment research ... and frankly this is the best tip I've ever come across. And, because I make my living as a provider of unbiased information ... I'm willing to sell you this information before I even establish a position in the stock myself.   What could be fairer?

Unfortunately, there's one more thing 1 have to remind you about. I can't guarantee that the stock will pop. Nobody can guarantee the actions of the stock market. But, I can guarantee you (and Porter Stansberry has agreed to vouch for me, and stand behind my guarantee) that everything I've told you here about the company is true and accurate. In fact, if you're interested in getting in on this deal, I'll provide you with a report IMMEDIATELY that proves everything I've said above. By that I mean:

#1. The financial position, history of the company and the balance sheet information is 100% correct.

#2. The company's future financial situation has been accurately represented here.

#3. The company has historically paid a dividend. Currently it's paying $0.1375 per quarter, which judging by the current share price of $6.50 would equal an 8% yield for investors this year. (1 can't guarantee that the company will continue to pay the dividend - only the board of directors could do that - but I can show you that the company has a solid history of paying dividends and the financial resources to continue to pay them).

#4. The deal I allude to here - with a Russian company - for a new, cheaper supply of raw materials, is, according to public company documents, finalized.

#5. U.S. government officials have said in public that a deal of the nature I've represented here will be announced at the upcoming Bush-Putin summit.

Now, assuming for the moment that everything I'm able to guarantee is correct, how much would confirmation from a company insider be worth to you? Well, that depends on how much you have to invest, doesn't it?

Let's say that you've got a small investment portfolio. Just $10,000. Could you stake all of it on a deal like this? I don't see why not. The company is trading for less than net current assets. It has plenty of cash and is paying an 8% dividend. The stock, by the way, is trending higher, from a low of around $4. This is no penny stock either: it does over a billion a year in sales.

I'm not asking you to bet the farm on a new drug or a new widget. This is a bricks and mortar company, selling a widely used industrial commodity. This is a Warren Buffett kind of stock. Only I can tell you exactly when it should

# EXHIBIT B

# DOUBLE YOUR MONEY ON THE UPCOMING ARMS AGREEMENT: BUY USEC (NYSE: USU, $6.50)

Dear Irnvestor,

Thank you 'oz your interest i.in 𝕄𝕪 specie_ rF_port . If vn'-'re _-:F ka'rd of pezson who likes to buy first and ask sues^ions laterin call your brokezr now and tell him to buy shares c)1' *USEC (NYSE: USU, $6.50)* . *The* company iss the leading vender of enricned uranium a .n ::ne Un •.c, Ltates. Enriched uranaum is the fuel required by almost all nuclear power plants around the world.

The main advantarae of nuclear power is its ability to derive enormous amounts of energy from a tiny amount or fuel. One metric ton, of nuclear fuel can produce the equivalent. of to 2-3 TnPuilion tons of fossil fuc1. For example, one kilogram of coal can generate 3 kilowatt-houzs of electricity. But one kilogram of nuclear. fuel can generate 400,000 kilowatt-hours.

As our economy grows and becomes more energy dependent and as we seek to become less reliant or) foreign oil supplies, nuclear powe: will undoubtedly play a role of growino importance to our economy. Today there arE 10? nuclear reactor!-. in the Un:.ted States, operating at about 90' of capacity. However, there's only one U.S. vender of fuel for these reactors: USED. And, in ı.otall., the company sells fuel to 170 nu:~lear reactors arounc the woulu.

Lot me briefly outline the bullish case `c_ the company.

USE C ha!i sPugned longterm fuel contracts w.itn power rompanies around the worn. However, ,the cost to USL% tc fulfPull these ;_onr.racts is variarle. In the past, the company has fulfilled demand for nuclear fuel v:.a two sources - nuclear warheads from the U.S. and Russian a.rserna!.= and USEC' s own uranium enric hmenr process.

Th_s is a very bic business. USZ." zecoroec well over trillPuon Pun saies during each of the last four years. But, like any commodity business, USEC's profits are directly linked to its co-3lr.5 - the market price of its commodity. Lately, do too increased proouction by the West!:rn European providezzi - Eurnaid and UrPTico- the market Tpr;.Ce of uranium SWU - a sinole Work Unir., ;.he ruclear equivalcn! to a gallon of gasol.tne - has fallen while USEC' s product ior_1 costs have rr.sen. The company's Russian supply of cheap uranium has been on hold for two years pending a new government-approved deal. That squeezed tine company and forced it to sell SWUs at a much luwer profit.

For example, Uack in 1999 the co!npany was gettincq plenty of cheap Russian. uranium. It nod over $1.4 b:,.ilion in SWU revenue char. year and its cost of sale-: was a little over $i.1B hill.ion. The company made $396 million in gross profit. (That's pretty incr.edibic. for a company valued by the market today for less than halt that amour:-).

**GOVERNMENT EXH181T**

**B**

s

Or. essen=ialiy the sartte demand for _t. pred;:ct ir. 2001, the ce^tpan~ nac revenues Of S" 1: 1'i-lion :lower revenue total reflects the lower averaze sale price) but its cost Of sales was $99: rr._li~er..   The acr-many,s margins - always thin in a commodity business - hag beg;:.-, to d:saapear Net income was only `76.4 million.

The 2001 FPugures aren't terrible for a ::600 million company...b;a they'd be a heck of a lot bigger i_ USE:. could re-establish _=s ;hear Russian supply of enriched uranium.  And that's exactly what's going to y 22"'.

| | Ending | 31-kar-02 |
|---|---|---|
| Cu=rent Assets | | |
| Cash And Cash Equivalents | | $219,300,000 |
| Net Receivables | | $159,300,000 |
| Inventory | | $835,500,000 |
| Other Current Assets | | $20,100,000 |
| Total Current Assets | | $1,234,200,000 |
| | | |
| Long Term Assets | | |
| Property Plant And Equipment | | 0. |
| Other Assets | | |
| Deierred Long Term Asset Chars | | |
| Total Assets | | |
| Current Liabilities | | |
| Agcounts Payable | | 5210.100,000 |
| Other Current Liabilities | | ss2in700,000 |
| Total Current Liab-litues | | $26:,800,000 |
| Lone Term Debt | | $500,000,000 |
| OtheL Liabilities | | $'268in200,000 |
| Lung Tern: Liability charge: | | $31,300,000 |
| Total Liabilities | | $1,062,300,000 |
| OR=_'- | | |
| Stack Holders Equity | | |
| cotmnon Stock | | $10,000,000 |
| RPtaaned Earnings | | 514,700,000 |
| Treasury Stock | | |
| Capital Surplus | | $1,066,200,000 |
| Other Stockholder Equity | | |
| Total Stockholder Equity | | $952,100,000 |
| Not TanCriblo Assets | | $952,100,000 |

Before..! set to the details of the new Russian agreement, want to cc over all of the company's financial statements to justify what I told you earlier about the company.

**USEC IS AN ASSET RICH CCHPANY**

First, here's the most recent balance sheet from the company's most recent 10K. As you can see, the company has over $1.2 billion. ln current assets against only $26Z million in current liabilities - an extremely liquid position.  It also has over :2 billion in total assets against only a billion dollars in total liabilities.

I'm not suggesting that you gamble on an Internet stock here. This; company is an asset rich and cash rich company. (To see the full balance sheet., income and rash flow statements, visit, see this website: hi:tp: //t4z_yahoo corn/lln/l/u/usu html)

There's only one thing about this balance sheet you should be cautious about. - the inventory figures. USEC wa-- originally a branch of the Department of energy. Then in l.993 it became United States Enrichment Corporation, wholly owned by the U.S. Government. Finally USEC went public in a July 1998 IPO, becoming a stand-alone public company. Almost all of its assets originally came from the government - *including* its stockpile of uranium. Recently, around $2:10 million worth of its uranium inventory was discovered to have elevated levels of tonhnutium. ruinina it a9 a fuel.  This would devalue the stockpile considerably and .force the company to take a charge against

stiazet:olde:'s equity.   But, USE:. and the Department cf Energy nave
agrees car. a process,  includinc furthe_ sam=-ing, to tez>Z,ine the
actua_ amount of material that may be affected. This process is
expected to be completed in the first half. of 2002. After a
determination is made or, how much uranium is affected, the rrocess of
getting reimbursed by the Department of *Energy will* begzn.   feere are
legal and regulatory specifications that the g0VNznmen- agrees tc as
part o the privatization process and there's good reason to expect the
governmunt can be made to reimburse the company for the defective
materials, though no agreement has been reached yet. Ir: cthcr words,
keep ⊾n mind that $230 million or ., o of those assets could be impaired.

| REVENUE | | | | |
|---|---|---|---|---|
|  | Q3 | 2000 | 2001 | 2002 |
| SEP | 307.900 | 230.900 | 226,800 | 300.50 |
| DEC | 422.400 | 447,600 | 387.100 | 560.10 |
| MAR | *250,400* | 261.800 | 243,100 | *249.40* |
| JUN | 537,900 | 529,100 | 286.900 |  |
| Totals | **1,528,800** | **1,489,400** | **1,143,900** | **1,110.00** |

| EARNINGS PER SHARE | | | | |
|---|---|---|---|---|
|  | 1999 | 2000 | 2001 | 2002 |
| SEP | 0.63 | 0.16 | 0.06 | **-0.0** |
| DEC | 0.32 | 0.36 | 0.26 | **0 ↑** |
| MAR | 0.16 | 0.25 | 0.56 | **0.0** |
| JUN, | 0.41 | **-0.74** | **0.09** |  |

su:.~ a deal. his already been si.gned.

Besides a robust balance
:sheet, *USEC* also has a long
and successful qerati g
history.  As you can see
***here,*** the company conti ues
to deliver over a billi n
dollars a year in revenues
and - even with the recent
challenges to its cheap
Russian supply of enriched
uranium - it has been
posting positive earnings
each year as a pubic
company.

What could change these
numbers radically in the
future is a new deal *with*
the Russians.  And, in fact,

### *THE* RUSSIAN DEAL

USEC plays an import role in nuclear disarmament. 7t is the U.S.
government's agent in the nuclear warheaaE to nuclear. fuel *program*. The
*original Russian* deal was signed in April 199-7, prior to the company's
public offering and has a 20-year term. Over the life o`. the 20-year
Russian contragt, USEC expects to purchase approximately 92 million SWU
derived from 500 metric tons of highly enriched uranium.   So far
22.4 million SWU has been purchased.

ₗₙ the past this Russian supply hay been very important to the
company's production.   Purchases from the Russian Federation
represented 52'% of USEC's production total in 2001. And, *pending*
approval. for a new, market-based pricing agreement, USEC expects
purchases of the Russian SWU will make up approximate 60% its
productPuon total in 2002. But only if a rrew, market-based contract is
approved.   Until then the company has suspended its *buying of* Russian
SW£7.

USE. ha! already **reached such** an agreement *with* its Russian partner. A
deal w.rs sinned in May 2000 that includes market-based pricing and runs
through 2013. But im̲p̲lementation of the **agreement is subject to review
and approval by the** U.S. and Russian governments.

The uncertainty about when this dea: would be approved has led tc the rompany's stock *trading in limbc - and at very* cheap prices - since carry 2000 when SWU prices fell.. A USE;. senior executive has assures me that the new Russian agreement will be a a arouse just prior to the up.-ominc Hush-Futit. summit. in lacll-. as he said "ware: the stock o^ May 22\*" . '

The media is Confirming his tip. It was reported last week that the major thrust of the summit is a new arms control deal. From The Wall Street ~7owrnal May 8u', page A15: *"The centerpiece of the-summit, to be held May 2.3-26 in Moscow and Sr.. Petersburg, i= likely cc be the signing of a treaty rutting offensive nuclear weapons.   The. accord would reduce U. S. and Russian arsenals to between 1,700* and *2,200 warheads* each, down from their *present* level of. about 6,000 to 7,000 *fir the U.S-. and 6,000 for Russia."*

Just as importantly, the Russians need *USEC'3 buying of* their excess enriched uranium to continue because of the economic difficulties in *Russia.    As The Wall Street* Journal noted *"an offer of contracts for* (Russia's) economically *distressed defense industry could help soften criticism that President VladimirPutin has yet to gain any substantial* benefits from his pro-Western policies." The USEC deal alone could send nearly a half billion dollars to Russia each year.

And the financial benefit to USEC is substantial too. Company representatives explain that worldwide SWU prices are now between $105 and $107 per unit. With Russian enriched uranium, USEC's unit cost per SWU is around $80. Without it, their cost is roughly the current marker_ price.   Thus, the company stands to gain 20 percentage points of profit margin on around $1 billion in sales contracts - or $250 million in gross profit.   All it needs are the politicians to siu_n off on the deal !

And :hat, at;-cordi.ny tQ my source, will happen - finally - on *may 22* "' '.

With the deal in place, USE(: should make between $150 and $200 million in net profits in 2003. These profits should continue too - the new deal with the Russians extends through 2013. Furthermore, demand for nuclear. fuel is likely to increase during this time period. With only five global venders of enriched uranium, it's not hard to imagine the cost of nuclear. fuel rising in this period, creating growing profits over time for USEC.

Without the deal in place USEC will probably clear only S50 million or so in net profits next yeaz. But, in eithez case it's hard to imagine the company cutting its current dividend of $0.1375 per quarter. The company has plenty of cash, the ability to trim inventory, operational profits and a backlog of $5.4 billion.

That's why 7 consider this a safe speculation.   It's hard to imagine investors getting hurt with this stock at its current price - you're buying at roughly half of book value and you're getting paid BW a year to wait until the Russian supply deal gets worked out.

riopefully, if my source is right, it won't take long...