UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

|  |  |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, ) ) ) ) Plaintiff, ) ) v. ) ) AGORA, INC. et al. ) Defendants. ) ) | Case No. 03 CV 01042 MJG |

**CERTIFICATION OF CONFERENCE ON MOTION TO COMPEL**

Pursuant to Rule 104.7 of the District of Maryland local rules, Plaintiff Securities and Exchange Commission ("Commission") hereby submits this Certification of Conference on Motion to Compel.

On March 25, 2004, the Commission served on the Defendants Plaintiff's First Set of Interrogatories as allowed by Federal Rule of Civil Procedure 33(a). On April 27, 2004, Defendants answered Plaintiff's First Set of Interrogatories. Interrogatories 2, 4 and 5 requested identifying information on persons who requested or received a refund after purchasing the USEC report, persons who received a copy of the Insider Tip Email and persons who purchased a copy of the USEC report (collectively the "Interrogatories"). Defendants objected to the Interrogatories arguing that the Interrogatories were not relevant, were cumulative and burdensome, and that the Interrogatories were privileged and/or protected by the First Amendment of the U.S. Constitution.

On May 13, 2004, the Commission served on the Defendants a Motion to Compel and Memorandum in Support of Motion to Compel requesting the Defendants answer Interrogatories 2, 4, and 5. On June 1, 2004, Defendants filed their opposition to the Commission's Motion to Compel. On June 14, 2004, the Commission filed its Reply Memorandum in Support of Motion to Compel.

As outlined in the Commission's Memorandum in Support of Motion to Compel, Counsel for both parties attempted to resolve this issue before the Commission filed its Motion to Compel. Additionally, Karen Martinez counsel for the Commission and Marie Elliott, paralegal specialist for the Commission, met with Matt Turner, in house counsel for Agora, Inc. and Bruce Brown of Baker & Hostetler on June 22, 2004 in an attempt to reach an agreement in this matter. Karen Martinez and Marie Elliott meet again with Matt Turner on June 30, 2004. Despite these efforts, counsel has been unable to resolve this discovery dispute and all issues as outlined in the Commission's Memorandum in Support of Motion to Compel remain.

The Commission therefore, respectfully submits its Motion to Compel to the Court so that the Court may resolve this dispute.

Dated this 2nd day of July 2004.

By: _____/s/ Karen L. Martinez_____

Karen L. Martinez
Thomas M. Melton
Attorneys for the Plaintiff
Securities and Exchange Commission
50 South Main Street, Suite 500
Salt Lake City, UT 84144
Tele: (801) 524-5796
FAX: (801) 524-3558