## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## BALTIMORE DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 03 CV 01042 MJG |
| AGORA, INC. et al. Defendants. | ) ) ) ) | |

### PLAINTIFF'S MOTION TO COMPEL

Pursuant to Rule 37(a) of the Federal Rules of Civil Procedure and District of Maryland local rule 104.8, Plaintiff Securities and Exchange Commission ("Commission") hereby submits this Memorandum in Support of Plaintiff's Motion to Compel.

In April 2003, the Commission filed a Complaint against Agora Inc., Pirate Investor, LLC and Frank Porter Stansberry (collectively the "Defendants"). In the Complaint the Commission alleges that the Defendants engaged in fraud in the offer and sale of securities in connection with a stock tip by making false representations regarding "insider information". At the heart of the allegations is an e-mail offering for sale a report (the "USEC report") that allegedly contained inside information (" Insider Tip Email").

On March 25, 2004 the Commission served on the Defendants Plaintiff's First Set of Interrogatories as allowed by Federal Rule of Civil Procedure 33(a). On April 27, 2004, Defendants answered Plaintiff's First Set of Interrogatories. Interrogatories 2, 4

and 5 requested identifying information on persons who requested or received a refund after purchasing the USEC report, persons who received a copy of the Insider Tip Email and persons who purchased a copy of the USEC report (collectively the "Interrogatories"). Defendants objected to the Interrogatories arguing that the Interrogatories were not relevant, were cumulative and burdensome, and that the Interrogatories were privileged and/or protected by the First Amendment of the U.S. Constitution.

As set out fully in the accompany Memorandum in Support of Motion to Compel, The Interrogatories, which request limited subscriber information from Defendants, including information regarding those persons to whom Defendants sent the Insider Tip Email and the USEC, are relevant to the Commission's case and are not protected from disclosure based on privilege. Plaintiff, therefore, respectfully requests this Court issue and order requiring the Defendants to answer the Interrogatories.

Dated this 13th day of May 2004.


Karen L. Martinez
Thomas M. Melton
Attorneys for the Plaintiff
Securities and Exchange Commission
50 South Main Street, Suite 500
Salt Lake City, UT 84144
Tele: (801) 524-5796
FAX: (801) 524-3558