UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. MJG 03-1042 |
| | ) | Magistrate Judge Bredar |
| AGORA, INC. et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

DEFENDANTS' THIRD SUPPLEMENT TO OPPOSITION TO MOTION TO COMPEL

Defendants offer this third supplement to its opposition to plaintiff's motion to compel to inform the Court of the recent testimony of Marshall Peters, Ben Handlogten, and John Rufrano, all purchasers of the USEC report.[1] In these depositions, which were noticed by the plaintiff, the SEC had the opportunity to – and did – question these individuals regarding the three issues the plaintiff asserts were raised by the July 22, 2004 deposition of USEC's director of investor relations, Steven Wingfield. See Plaintiff's Supplement to Motion to Compel at 1-2. Thus, plaintiff has been able to obtain the testimony it alleged in its supplement that it needs from readers of the USEC report, eliminating any justification for the compelled disclosure of the 800,000 subscriber names the government seeks in its motion to compel.

Plaintiff first argues in its supplement that it should be given an opportunity to identify "individuals who invested in USEC, Inc. based on the USEC Special Report and determine what facts they possessed when weighing their investment decision." Id. at 1. In the depositions of

---

[1] Plaintiff has noticed the deposition of a fourth USEC report purchaser, Lenny Rose, on September 8, 2004.

Peters, Handlogten and Rufrano, counsel for the SEC asked and received answers to numerous questions probing the basis for the subscribers' decisions to purchase USEC stock. <u>See</u> Deposition of Marshall Peters, August 17, 2004, attached hereto as Ex. 1, at 38:10-40:6; Rough Draft Deposition of John Rufrano, August 18, 2004, attached hereto as Ex. 2, at 18:15-19:5, 20:17-23:14; Deposition of Ben Handlogten, August 19, 2004, attached hereto as Ex. 3, at 24:17-19, 25:22-27:9.

Plaintiff next argues that it should be able to probe whether investors were confused about the connection between the announcement of a disarmament treaty between the United States and Russia and approval of the USEC/Tenex pricing agreement, and whether the USEC report "may have been responsible for distorting investors' perception of" the connection between the events. <u>See</u> Plaintiff's Supplement to Motion to Compel at 2. In fact, plaintiff asked and received answers in the Peters and Rufrano depositions on this subject as well. <u>See</u> Ex. 1 at 36:13-37:6, 82:22-84:2; Ex. 2 at 19:6-18, 20:17-21:7. Plaintiff chose not to raise this issue with Handlogten.

Finally, plaintiff contends that it needs Agora's subscriber list to confirm Wingfield's testimony that he spoke with purchasers of the USEC report and to identify these individuals to determine whether they have discoverable information. Rufrano confirmed that he spoke with Wingfield. Ex. 2 at 32:11-19. According to Rufrano's testimony, Wingfield refuted Rufrano's assertions that USEC had lied to Porter Stansberry and caused "profit-taking" in USEC stock. <u>See</u> Ex. 2 at 32:6-33:23, 36:19-37:4.

Plaintiff has already had and will continue to have sufficient opportunities to identify and interview individuals who purchased the USEC report and USEC stock and who spoke to Wingfield without receiving a list of 800,000 Agora subscribers. For the foregoing reasons and

the reasons set out in the defendants' opposition and supplements, the defendants respectfully

request that this Court deny plaintiff's motion to compel.

BAKER & HOSTETLER LLP

By: /s/ *Lee T. Ellis, Jr.*
    Bruce W. Sanford (11928)
    Lee T. Ellis, Jr. (1372)
    Bruce D. Brown (14895)
    1050 Connecticut Ave., NW, Suite 1100
    Washington, DC 20036
    Telephone: 202-861-1500
    Facsimile: 202-861-1783

    Matthew J. Turner (22319)
    General Counsel
    Agora, Inc.
    14 West Mt. Vernon Place
    Baltimore, Maryland 21201
    Telephone: 410-783-8410
    Facsimile: 410-783-8409

    Attorneys for Defendants