UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. MJG 03-1042 |
| AGORA, INC. et al. | ) ) ) | |
| Defendants. | ) ) ) | |

DEFENDANTS' NOTICE OF EXPERT WITNESS DISCLOSURE

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, the defendants provided the

plaintiff with disclosures regarding expert witness David Nelson of Northwestern University by

facsimile on July 30, 2004 and by overnight mail on August 4, 2004.

BAKER & HOSTETLER LLP

By: /s/ *Lee T. Ellis, Jr.*
Bruce W. Sanford (11928)
Lee T. Ellis, Jr. (1372)
Bruce D. Brown (14895)
1050 Connecticut Ave., NW, Suite 1100
Washington, DC 20036
Telephone: 202-861-1500
Facsimile: 202-861-1783

Matthew J. Turner (22319)
General Counsel, Agora Inc.
14 West Mt. Vernon Place
Baltimore, Maryland 21201
Telephone: 410-783-8410
Facsimile: 410-783-8409

Attorneys for Defendants