# EXHIBIT 1

# U.S. SEC v. AGORA , INC.

My name is David L. Nelson and I reside at 916 Elmwood Ave., Wilmette, Illinois. I have been asked to provide my professional opinion on certain writings from the Agora, Inc. publishing company of Baltimore. My curriculum vita is attached. It shows that for more than a decade I have conducted research, provided programs and other services for the newsletter industry. My professorial duties at Northwestern University include teaching graduate courses at the Medill School of Journalism in media marketing, media management and media ethics. I teach news writing courses at the undergraduate level. My administrative duties include serving as a department chair and managing the City Desk at the Medill News Service. MNS, with bureaus in Washington and Chicago, has more than three dozen newspaper and broadcast clients throughout the United States, Canada and Mexico. Prior to joining Northwestern, I was a news executive with Knight Ridder and Time Inc. I have addressed international groups in Taipei, Hong Kong and Oslo on U.S. media economics. I have worked with the Media Management Center at Northwestern University in the application of readership strategies at several member sites of the Newspaper Association of America. And I serve as marketing communications co-chair of the Inland Press Association. In the last 13 months, my graduate students have created new products – both electronic newsletters and print products – for two large publicly traded communication companies, Lee Enterprises and The Milwaukee Journal Sentinel Co. These students must take my graduate seminar in The Business and Culture of Journalism (a copy of the syllabus is attached) while conducting original market research and building prototypes for specific audience segments not fully being served by the client news organization.

The significance of this is simple: I teach management theory for all media platforms, including newsletters, and we then apply that knowledge to the real world of publishing.

Presumably because of this, Agora has asked me to review a promotional piece and a report that it published in 2002, now under scrutiny by the U.S. Securities and Exchange Commission. Although I have taught media management and ethics classes for nearly three decades, until now I was not aware that the SEC felt an obligation to assess journalistic quality or evaluate print content as to its accuracy—a feat which would put it in a unique spot among government offices and agencies. And this also would be a position that I would and could not favor, given my understanding of press freedoms as guaranteed by the 1st Amendment to the U.S. Constitution.

Nonetheless, I plan to provide a dispassionate analysis of Agora's materials and an opinion as to whether they posed such a problem that the government would seek to penalize the company after it had engaged in the flow of information, ideas and opinion.

Most media companies today embrace marketing as a means to cut through competition, be heard among the clutter and attract audience. Due to disruptive technologies – cell phones and instant messaging, the computer and the Internet, cable and satellite

EXHIBIT

119

9/10/04

broadcasting – the American audience has become increasingly fragmented while at the same time increasingly sophisticated in seeking and gathering information.

The promotional piece (Government Exhibit #3) that Agora put forth to draw audience attention to its special report on the United States Enrichment Company (USEC) in some ways reminds me of the hyperbole TV stations employ to attract viewers. A station in Montana actually teased the audience with a police officer "shooting" an on-air reporter with a stun gun – to promote the series it would air on police using this weapon to curb crime. The reporter, apparently not fully anticipating its force, flew backwards into a wall and slumped to the floor before signing off. In Chicago, an undercover investigative team gave new meaning to its name by literally looking under the covers at hotels in the city to see if the sheets were clean or contained evidence of post-coital bodily fluids. This was hyped as a "Unit 5 undercover exclusive."

Magazines merchandize themselves at grocery stores, drug stores and airports with over-the-top cover teases to drive sales at the stand. Health sells. Wealth sells. Sex sells. These are almost a staple of every cover, whether the magazine focuses on music, cars, snowboards, sports (the infamous Sports Illustrated bathing suit edition comes to mind) or human health. Wired Magazine promises stories on X-ray vision, invisibility and even "time travel" on one of its cover promotions. More Magazine raises this promotional message to women: "Hormones—Yes or No?" and claims to provide "the smartest decision" if you buy it and look inside. Organicstyle Magazine promotes "The Complete Guide to Healthy Beef (you'll never fear mad cow again)" – really?  O Magazine offers "Sexual Energy, Spiritual energy, Get-you-through-the-day energy. How to pump it up… What works for Oprah."

Newspapers use their Sunday editions, typically with one-fifth to one-third more circulation than other days, to push weekday street sales with promotional pitches about low-carb diets (which may or may not result in losing weight) to self-care topics claiming to stave off baldness (not likely based on my experience) or other cosmetic issues, ranging from Botox treatment for women to little blue pills for men, in an attempt to attract audience to weekday health sections. Most papers have a year-end review of investment portfolios presented as a special section to sell during the holiday season when people are more preoccupied with buying gifts, taking vacations, or dealing with family than buying a newspaper. They buy this one. The New York Times rolls out a multi-page section on mutual funds with graphs showing past performance and predictions of what might affect this financial field in the future. They buy this one, too. Increasingly, newspapers rely on money, entertainment and suggestive stories (sometimes reporting about entertainers in this regard, such as, Paris Hilton, Prince, even Elton John) to increase sales. Newspapers also publish so-called "advertorials" that allow U.S. industries and foreign governments, among others, to tell their economic stories in a format that looks pretty much like regular news. They also publish horoscopes, tips on stocks, tips on horses, tips on real estate -- who's likely to win an Oscar, to win the World Series, to win an election -- you name it!

Almost all media have multiple marketing strategies to extend their brand, to connect with the intended audience, to brag, to shout, or simply to be recognized in the sea of media clutter out there today.

Newsletters are no exception. They use aggressive, usually upbeat or "Doomsday" rhetoric to attract attention and get subscribers. For example, look at these promotional pitches for newsletters or their special reports:

- 21st Century Investor: "Profiting from the Bush Doctrine...Five Defenses Stocks at bargain prices." Also, "4 Defense Stocks set to DOUBLE...Even in the Bear Market.

- ZACKS financial newsletter promises "STOCK TIPS BASED ON INSIDER TRADING" and if that isn't enticing enough, then, "profit from *Proven* Investment Advice" – including both a Bull stock of the day along with a Bearish one. (Apparently you can go either way on any given day!)

- Phillips Publishing's The Motley Fool Stock Advisor claims to help the investor beat Wall Street with profits of more than 50% per year. Plus, it puts out special reports, such as, "Snooze your Way to Wealth: 3 'Boring Businesses' That can Make You Rich."

- The Lou Dobbs Money Letter promotion claims that we are "not being told the truth about the economy, and the reason is: politics." It suggests that Lou's own "Wealth Strategy" can provide financial success at startling speed. The promotion piece reads: "I want you to enjoy a few additional benefits. The first is simply this: me, working for you." Potential subscribers are told that they can methodically make money on the news—even when the news isn't reported elsewhere. (Like CNN?) It goes on and on without constraint on ego. But this is not the Lou Dobbs I see on TV. This is not the same persona of the man who took part in last summer's "Military, Media and the Iraq War" seminar sponsored by the McCormick Tribune Foundation. I helped facilitate that event and find the Lou Dobbs I met there to be a total disconnect with the text used to sell his financial newsletter. Lou Dobbs is not a person who --in person -- shouts to be heard. But in the arena of financial newsletter promotional text, apparently one must shout.

- Forbes.com investor newsletter network provides reader updates, e-mail alerts, special reports and teases them along these lines: "Stock Focus: Insider Buying—At These 7 firms, insiders have been bullish. Perhaps You Should Be, Too." It then suggests buying its "Special Report: The Investment Guide."

- Agora's Investment U E-Letter sounds a familiar refrain by offering information that could provide "a very real opportunity to *double your money* each and every year for the next five years...."

3

- ChangeWave promises in its promotion that "you will profit before the crowd...(a) promise of 30% - 40% profits be the end of the year...." How is this possible? The "smart money," the "Wall Street Insiders" won't tell you what they're up to, but apparently Changewave knows -- so it can state that not only are the insiders going to make a ton of money, but you could "make 3 years of profits in the next 6 months" if you buy this newsletter.

- Richard C. Young's Intelligence Report: "Tighten your seatbelts, folks – it's going to be a bumpy ride. The next 12 months will see a productivity surge— and a market opportunity unlike anything since the early '80s."

- Value Edge: "Imagine a System So Powerful, It Could Alert You to Stocks Ready to Rally 122%, 123% 155% and 260%. How Rich Could You Become Using This Information.... You Could Double Your Money Every Month...All in Less than 15 Minutes a Day."

This serves the purpose of demonstrating how financial newsletters grab attention and shout about their wares. They have the same need -- and I should think, the same right to do this -- as other media seeking to stimulate audience in order to make a profit and stay in business. I think that there is a mix, a variety of opinion, data and information which appeals to the full range of interests of potential readers: from factual reportage to imaginative expectation. Perhaps some readers would find the aggressive newsletter promotions offensive, dull, beneath them. Others might find them enticing. And that would lead to purchase of the publication. So, the promotional text feeds into and flows toward the content of the actual publication. If you will, there is a motivational side and an informational side. A free press requires access to both sides of this continuum, otherwise it might fail to secure the resources necessary to publish. To elaborate, the promotion's role is to entice, to evoke and motivate people to read the actual report. Promotional pieces routinely engage in hyperbole, euphemism and dilation; if they did not deploy these standard tropes, they would not be doing their job. They are meant to suggest, not define; to allude, not to categorize; to tantalize, not to label. The relationship between the promotion and the product itself is state-of-the-art practice for public communication in the commercial context—whatever the medium. Further, the judgment of fit between the attention-getter and the hard content is a judgment call based upon the satisfaction of the reader.

In this context, I believe that Agora's 2002 promotion for its special report on USEC falls well within the industry norm. It is upbeat, suggesting financial gain for the purchaser. It is long and repetitive. It hits you over the head with its aggressive nature. And, of course, it suggests one could double his money by subscribing. But in this regard, it is quite similar to the sampling above.

They all do it.

— 4 —

In addition, Agora's promotion for this special report actually contains hard data -- facts --that end up in the finished product. It provides information about the company's balance sheet, its inventory, its relationship with the U.S. government, its stock price and dividend – everything but its name. To get that plus a strategy for executing the transaction, you must buy the report at a cost of $1,000. This was a very effective promotional piece, since approximately 1,200 persons—most of them, as I understand it, already subscribers to Agora financial newsletters—acted on the offer. If dissatisfied, they could get a refund. Two hundred people asked for their money back, suggesting a satisfaction rate of 80% with the special report. This is a statistic that fits well within the newsletter industry average, based on research I conducted for the Newsletter Publishers Foundation nine years ago. Average retention rates were slightly more than 70%. Also, I have been provided data from Agora that indicates its Pirate Investor, one of the financial newsletters that Porter Stansberry writes, actually posted an increase in subscriber retention following the publication of his special report on USEC. It went from 66.7% in 2002 up to 75.7% in 2003. In contrast, daily newspapers retain about 50% of their subscribers annually. A point worth making here, whether looking at newspapers or newsletters, is that neither would want to "demarket" or alienate a subscriber base. It stands to reason that neither would publish false information or mislead existing customers. That makes no business sense whatsoever. In fact, Agora has a number of publications that cost under $100 a year, then a tier higher than that, and ultimately a top of the line financial newsletter costing thousands of dollars a year. Publishers talk of lifetime value of customers. When a reader ramps up from a $100 a year to $5,000 a year subscription, that's a special customer. Also, like most newsletters, Agora raises substantial revenue with peripheral products. In this case, the ancillary sales include travel, retirement strategies and real estate. No business would trade in that potential revenue for a one-time $1,000 deal that would see the premium customer leave angrily. That may explain the company policy of refunding the full amount to those subscribers not satisfied with any publication or special report. And, indeed, 20% of the purchasers requested and received a refund in this particular case.

Turning my attention to the actual USEC special report (Government Exhibit #4), I believe it picks up and adds to the information promised in the promotional piece (Government Exhibit #3). It is a five-page document that sets out the rationale for why one would want to make a speculative investment in the company. It is based on a combination of documents from the company, from the government and interpretation of interviews with a company official. In journalism, we say that such a story is "triangulated" in terms of its methodology. Such reportage may grant those who write or deliver opinion a base upon which to then speculate on the possible future impact of the institution or individual being featured in the report. We later learn that the promotional piece actually was written by Porter Stansberry under the pen name of Jay McDaniel. Pseudonyms are used frequently in publishing – even more frequently in the electronic media. I asked why this was the case at Agora and was told that the McDaniel name had a marketing cachet and is often used to promote special projects that would not necessarily relate to the topics associated with individual writers or existing Agora publications. This is a form of brand building – both extension and recognition. Instead of confusing the customer, there is an umbrella, if you will, which covers new product

development that might not fit in the parochial silo to which the reader / customer is accustomed. This is standard marketing practice within and outside of the publishing industry. Proctor & Gamble and Johnson & Johnson have perfected this art at retail stores. I have no problem with Porter Stansberry promoting a new product under the name of Jay McDaniel, a brand familiar with Agora subscribers when it promotes something new.

Earlier, I alluded to speculative reports. Might I also add that this is not uncommon in journalism. In fact, The Washington Post, in its business section, provides a weekly round-up of so-called stock market mavens – many of them financial newsletter editors. CBS Market Watch does the same thing when it cites promising financial options from the Hulbert report which in turn mines financial newsletters for information. Louis Rukeyser ends his weekly show with speculative stock picks from his guests. In Chicago, Infinity Broadcasting's WBBM radio station does the same thing five days a week. Speculation is part of the news cycle, an important commodity at that.

I think when mainstream media refer to information contained in newsletters, whether financial or otherwise, that underscores their credibility and reputation. Several positive articles about Agora publishing have appeared in the Baltimore Sun, the Wall Street Journal, the International Herald Tribune and the Washington Post. These news media are in the business of sorting out fact from fiction. They would not report on Agora if they felt it was not a solid source of useful information and analysis.

One other item bears attention. When mistakes are made in the news media, sources seek retractions to set the record straight. USEC did not seek a correction after Porter Stansberry's special report was published. There was no threat of lawsuit, no demand, no request for clarification or retraction. To a certain extent, I feel, this validates the reporting and analytical writing effort displayed by Stansberry. If he got it wrong, surely the company would complain.

I thing I have a good handle on both those who publish and those who buy these newsletters. I have read most of Peter Brimelow's book, *The Wall Street Gurus*, that outlines the character of those who write financial newsletters and those who might subscribe to them. They are an idiosyncratic, sometimes eccentric and extremely independent lot. I have met these publishers at the annual International Conference of the Newsletter and Electronic Publishers Association in Washington, and can attest to the book's characterization. In turn, they attract an audience of rough and tumble types – also fiercely independent. To use marketing terminology, this makes a good demo- and psychographic fit. And it is a tough audience to please, so you do not want to squander good will with a one-time offer that will turn them away from the company and its myriad products. In conclusion, I do not feel that either the Agora promotional piece or the special report itself could possibly mislead this audience. And to interfere with that publisher-to-reader relationship, I believe, would be to interfere with the publishing protection that our Founding Fathers sought by providing constitutional privilege to those who seek to report, analyze and distribute information and points of view.