*Read in pertinent*

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
## BALTIMORE DIVISION

### EXHIBIT LIST – CIVIL

/ Preliminary Injunction          / TRO          / X /Non-Jury Trial          /___/ Jury Trial

CASE # CIV.  03CV01042 MJG                    JUDGE CODE:  MJG          DATE

SECURITIES AND EXCHANGE COMISSION     vs   AGORA, INC., PIRATE INVESTOR, LLC AND FRANK PORTER STANSBERRY
/ X / PLAINTIFF/PETITIONER                          /___/ DEFENDANT/RESPONDENT

| Exhibit Number | Date Marked for Identification | Admitted in Evidence | Description |
|---|---|---|---|
| 1 | MAR 21 2005 | MAR 21 2005 | Super Insider Tip E-mail to Investors from Jay McDaniel |
| 2 | MAR 21 2005 | MAR 21 2005 | Super Insider Tip E-mail to Investors from Jay McDaniel. AG 03443-AG 03450 |
| 3 | MAR 24 2005 | MAR 24 2005 | E-mail dated 05/14/02 to Investors entitled "Special Investment Alert for Readers of the 247profits 3-Dispatch" enclosing the E-mail tip from Jay McDaniel. AG 03335-AG 03340 |
| 4 | MAR 24 2005 | MAR 24 2005 | E-mail dated 05/14/02 to Strategic Investment readers from Dan Denning attaching "Double Your Money on May 22nd with this 'Super Insider' Tip" from Jay McDaniel. AG 03405-AG 03416 |
| 5 | MAR 24 2005 | MAR 24 2005 | E-mail dated 05/14/02 to David Cheatham from The Daily Reckoning "Double your Money on May 22nd with this 'super insider' tip". |
| 6 | MAR 24 2005 | MAR 24 2005 | E-mail dated 05/15/02 to Oxford Club Members attaching investment tip entitled "Make 55% by May 22nd With This Tip, courtesy of a business associate of mine, Jay McDaniel". AG 03341-AG 03347 |
| 7 | MAR 22 2005 | MAR 22 2005 | E-mail dated 05/17/02 from Jody Madron to Stansberry and others enclosing the 05/18/02 issue of "The Blast – How to Safely – and Legally – Profit from Insider Activity" by Jay McDaniel. |
| 8 | MAR 22 2005 | MAR 22 2005 | The Blast dated 05/18/02 from Jay McDaniel "Make 55% by May 22nd With This 'Super Insider' Tip". AG 03459-AG 03465 |
| 9 | | | Super Insider Tip Email from The Daily Reckoning dated 05/17/02. AG 03327-AG03334 |

| | MAR 24 2005 | MAR 24 2005 | Super Insider Tip Email from Sovereign Society dated 05/18/02. AG 03348-AG 03358 |
|---|---|---|---|
| | MAR 24 2005 | MAR 24 2005 | AG 03382 Super Insider Tip Email from Fleet Street dated 05/15/02. AG 03359-AG 03370 |
| | MAR 24 2005 | MAR 24 2005 | Super Insider Tip Email from Vantage Point dated 05/17/02. AG 03371-AG 03381 |
| | MAR 24 2005 | MAR 24 2005 | Super Insider Tip Email from Penny Stock Fortunes dated 05/17/02. AG03382-AG03392. |
| | MAR 24 2005 | MAR 24 2005 | Super Insider Tip Email from Outstanding Investments 05/15/02. AG 03393-AG 03404 |
| | MAR 24 2005 | MAR 24 2005 | Super Insider Tip Email from Strategic Opportunities dated 05/16/02. AG 03417-AG 03428 |
| | MAR 22 2005 | MAR 22 2005 | E-mail dated 05/24/02 from Jody Madron to Jason Curry enclosing 05/25/02 issue of The Blast. |
| | MAR 21 2005 | MAR 21 2005 | USEC Special Report dated 05/13/02. "Double Your Money on the Upcoming Arms Agreement: Buy USEC (NYSE: USU, $6.50)" by Jay McDaniel. USEC 00177-USEC 00180 |
| | | | USEC Special Report dated 05/17/02 – "Make 55% - Or More – On The Upcoming Arms Agreement: Buy USEC (NYSE: USU, $9.00)" by Jay McDaniel. USEC 00181-USEC 00185 |
| | MAR 24 2005 | MAR 24 2005 | 05/23/02 USEC Update. AG 03499 |
| | MAR 21 2005 | MAR 21 2005 | "Status Update Regarding USEC" dated 05/30/02 by Porter Stansberry  USEC 00169- USEC 00176 |
| | MAR 24 2005 | MAR 24 2005 | 06/12/02 Issue of "The Blast" entitled "The Real Crooks" by Porter Stansberry. AG 03466-AG 03469 |
| | MAR 24 2005 | MAR 24 2005 | USEC update dated 06/18/02: "USEC Concludes New Agreement with the DOE – Final Approval for Russian Contract up Next . . ." USEC 00160-USEC 00163 |
| | MAR 21 2005 | MAR 21 2005 | USEC update dated 06/19/02: "USEC Gets Government Approval for its Market-Based Pricing Deal with Tenex." AG 04011-AG 04012 |
| | MAR 21 2005 | MAR 21 2005 | "USEC Update: Fourth Quarter Conference Call Moving to a 'Hold'" dated 08/01/02 by Porter Stansberry. AG 03484-AG 03485 |
| | MAR 24 2005 | MAR 24 2005 | USEC update dated 11/05/02: "The Business Remains Stable; No Partner in Sight – Ending Coverage" by Porter Stansberry. AG 04009- AG 04010 |
| | | | E-mail from Porter Stansberry to Jody Madron regarding "this week's blast". |
| | MAR 22 2005 | MAR 22 2005 | E-mail dated 05/07/02 from Dave Lashmet to Porter Stansberry regarding USEC one-time sale. AG 03611 |
| | MAR 22 2005 | MAR 22 2005 | E-mail dated 05/07/02 from Porter Stansberry to Jody Madron discussing price of report and feedback on USEC one-time sale e-mail. AG 03643-AG 03644 |
| | MAR 22 2005 | MAR 22 2005 | E-mail dated 05/07/02 from Jody Madron to Porter Stansberry regarding USEC one-time sale e-mail and requesting feedback. |
| | MAR 22 2005 | MAR 22 2005 | E-mail dated 05/08/02 from George Rayburn to Porter Stansberry and others regarding USEC one-time sale. |
| | MAR 22 2005 | MAR 22 2005 | E-mail dated 05/08/02 from Cece Lee to Porter Stansberry and others regarding USEC one-time sale. |
| | MAR 22 2005 | MAR 22 2005 | E-mail dated 05/09/02 from George Rayburn to Porter Stansberry and others regarding USEC one-time sale and requesting the special report ASAP from Porter. AG 03621 |

| | | | |
|---|---|---|---|
| 33 | MAR 22 2005 | MAR 22 2005 | E-mail dated 05/09/02 from Porter Stansberry enclosing latest version of e-mail and conference call instructions. AG 03646-AG 03652 |
| 34 | MAR 22 2005 | MAR 22 2005 | E-mail dated 05/10/02 from Michael Palmer regarding new version of the one-time shot promo. AG 03623-AG 03629 |
| 35 | MAR 22 2005 | MAR 22 2005 | E-mail dated 05/12/02 from Porter Stansberry regarding final draft of one-time report copy and special report. AG 03630-AG 03631 |
| 36 | MAR 21 2005 | MAR 21 2005 | E-mail dated 05/14/02 from Porter Stansberry to Bill Bonner and others regarding $1,000 stock tip is selling 107 so far. USEC 00202-USEC 00210 |
| 37 | MAR 24 2005 | MAR 24 2005 | E-mail dated 05/17/02 to Jody Madron requesting that Madron make sure to update USEC in the weekend BLAST. |
| 38 | MAR 24 2005 | MAR 24 2005 | E-mail dated 05/16/02 from Porter Stansberry to Jody Madron regarding the one-time stock copy was a big seller. |
| 39 | | | E-mail dated 05/24/02 from Jody Madron to Porter Stansberry regarding Jay McDaniel pen name. |
| 40 | MAR 24 2005 | MAR 24 2005 | E-mail dated 05/27/02 from Porter Stansberry to Jody Madron regarding Bill Bonner's offer of refund for purchase price of the USEC Special Report. |
| 41 | | | E-mail dated 06/06/02 from Porter Stansberry to Jody Madron regarding contract and compensation for the promotional Blast e-mails. |
| 42 | | | E-mail dated 08/07/02 regarding calculation of Jody Madron's Blast FYE 2002 bonus. |
| 43 | MAR 21 2005 | MAR 21 2005 | Note to file dated 05/14/02 by Steve Wingfield of USEC describing telephone conference with Porter Stansberry on May 1, 2002. USEC 00164 |
| 44 | MAR 21 2005 | MAR 21 2005 | Memorandum dated 05/17/02 from Steve Wingfield, regarding recent trading in USU. USEC 00166-USEC 00168 |
| 45 | MAR 21 2005 | MAR 21 2005 | Responses to potential questions regarding summit. 000985-000986 |
| 46 | MAR 21 2005 | MAR 21 2005 | E-mail from Patricia Cosgrove to USEC HQ Staff dated 05/01/02. USEC 00037 |
| 47 | MAR 22 2005 | MAR 22 2005 | USEC hand-written notes. USEC 00069-USEC 00135 |
| | MAR 21 2005 | MAR 21 2005 | USEC handwritten notes. USEC 00136-USEC 00159 |
| 49 | MAR 24 2005 | MAR 24 2005 | E-mails to Elyssa Goldman from investors requesting refund of $1,000.00 for purchase of the USEC Special Report. AG 00001-AG 00083 |
| 50 | MAR 21 2005 | MAR 21 2005 | E-mail dated 05/22/02 from Kristian Kunert regarding question from Ralph Monello asking USEC to verify the rumor he found on the web. 000877-000885 |
| 51 | MAR 22 2005 | MAR 22 2005 | E-mail dated 05/22/02 from George Rayburn regarding "this is one that keeps bothering me. . . ." |
| 52 | MAR 22 2005 | MAR 22 2005 | E-mail dated 05/22/02 from George Rayburn requesting thoughts from Jody Madron. |
| 53 | MAR 22 2005 | MAR 22 2005 | E-mail dated 05/22/02 from Steve Sjuggerud regarding "this one that keeps bothering me....." |
| 54 | MAR 22 2005 | MAR 22 2005 | E-mail dated 05/22/02 from George Rayburn sending official response to questions regarding USEC Special Report. |
| 55 | MAR 21 2005 | MAR 21 2005 | E-mails from investors to USEC inquiring of any future announcements. 000886-000890 |
| 56 | | | E-mail dated 06/04/02 to Porter from an Investor regarding USEC. AG 03968 |
| 57 | | | E-mail dated 05/24/02 from The Daily Reckoning offering refund of purchase price of the USEC Special Report. AG 03474-AG 03481 |
| 58 | MAR 24 2005 | MAR 24 2005 | May 2002 to April 2003 message board postings regarding the USEC deal. AG 03653 – AG 03730 |

| # | | | Description |
|---|---|---|---|
| 59 | MAR 21 2005 | MAR 21 2005 | The Daily Reckoning message board postings AG 03731-AG 03790 |
| | MAR 24 2005 | MAR 24 2005 | Other message board postings. AG 03791-AG 03796 |
| 61 | | | The Daily Reckoning message board postings. PI 02383-PI 02394 |
| 62 | MAR 22 2005 | MAR 22 2005 | Message board posting dated 06/18/02 from Porter Stansberry regarding conversation overheard at airport regarding USEC stock. |
| 63 | MAR 24 2005 | MAR 24 2005 | Message board posting "Agoura (sic) Publishing Unmasked????? Porter." PI 02599-PI 02628 |
| 64 | | | Message board posting from Porter Stansberry to "Bill". |
| 65 | MAR 21 2005 | MAR 21 2005 | Yahoo message board posting dated 05/20/02 from John Paul Jankovich |
| 66 | MAR 21 2005 | MAR 21 2005 | Yahoo message board posting dated 05/22/02 12:32 p.m. from John Paul Jankovich. |
| 67 | | | Yahoo message board posting dated 05/22/02 11:22 a.m. from John Paul Jankovich. |
| 68 | | | Yahoo message board posting dated 05/22/02 10:26 a.m. from John Paul Jankovich. |
| 69 | | | Yahoo message board posting dated 05/22/02 12:19 p.m. from John Paul Jankovich. |
| 70 | | | Yahoo message board posting dated 05/22/02 10:38 a.m. from John Paul Jankovich. |
| 71 | | | Yahoo message board posting dated 05/21/02 from John Paul Jankovich. |
| 72 | | | Yahoo message board posting dated 05/22/02 1:02 p.m. from John Paul Jankovich. |
| 73 | | | Yahoo message board posting dated 05/22/02 12:24 p.m. from John Paul Jankovich. |
| 74 | | | Yahoo message board posting dated 05/22/02 11:55 a.m. from John Paul Jankovich. |
| 75 | MAR 24 2005 | MAR 24 2005 | E-mail dated 06/21/02 from Porter Stansberry to David Cheatham regarding USEC. PI 02694-PI 02695 |
| 76 | MAR 24 2005 | MAR 24 2005 | E-mail dated 07/23/02 from Porter Stansberry regarding David Cheatham's request of a refund. PI 02698 |
| 77 | MAR 24 2005 | MAR 24 2005 | E-mail dated 05/30/02 from David Cheatham entitled, "Special Update Regarding USEC Special Report". PI 02699-PI 02700 |
| 78 | | | E-mail dated 06/06/02 regarding David Cheatham's confirmation and password for the new USEC update website sent by Pirate Investor. |
| 79 | MAR 24 2005 | MAR 24 2005 | E-mail dated 05/14/02 regarding David Cheatham's order confirmation for Special Insider Report sent by Pirate Investor. |
| 80 | | | E-mail from the Oxford Club to David Cheatham dated 05/15/02. |
| | | | David Cheatham hand-written accounting of USEC loss. |
| | | | Roger Listwan's Notes on the 05/13/02 Blast issue. |
| | MAR 24 2005 | MAR 24 2005 | Roger Listwan's Notes on USEC losses dated 12/16/04. PI 03226-PI 03229 |
| | | | Letter dated 11/09/04 to Roger Listwan from Bill Bonner |
| 85 | MAR 24 2005 | MAR 24 2005 | E-mail dated 05/13/02 to Roger Listwan's; The Blast – Double Your Money on May 22nd with this "Super Insider" Tip with notes. |
| 86 | | | January 5, 2005 Oxford Club personal invitation from the Office of the Chairman James Boxley Cooke regarding "Please read this personal invitation with extra care . . . It names the single-biggest investment oppotunity (sic) of 2005." |
| 87 | | | "Finally, It's Legal! Own a Piece of the World's Largest and Most Profitable |

| No. | | | Description |
|---|---|---|---|
| | | | Booke" from James Boxley Cooke, Chairman, The Oxford Club. |
| 88 | | | E-Trade Financial Realized Gains and Losses Report for Investor Klotzsche 01/20/02 – 06/23/02. |
| 89 | | | Legent Clearing Corp. Option Activity Report for Investor Klotzsche. |
| | | | 05/17/02 E-Mail to Pirate from Investor Klotzsche regarding refund request. |
| | | | Ameritrade account history dated 05/01/02-05/31/02 for Shirley Gober. |
| | | | Ameritrade account history dated 09/01/02-09/30/02 for Shirley Gober. |
| 93 | | | E-mail dated 05/15/02 from The Oxford Club to Thomas Sauser "Make 55% Or More By May 22nd With This Tip." |
| 94 | MAR 24 2005 | MAR 24 2005 | E-mail dated 06/03/02 from Thomas Sauser to Porter Stansberry "USEC INVESTMENT- Your May 30, 2002 status update." |
| 95 | MAR 24 2005 | MAR 24 2005 | E-mail dated 06/05/02 from Porter Stansberry to Thomas Sauser, "Investment in USEC 6 05 02 ps ts." |
| 96 | | | E-mail dated 06/06/02 from Thomas Sauser to Porter Stansberry, "Investment in USEC 6 05 02 ps ts." |
| 97 | | | Letter to Porter Stansberry from Thomas Sauser regarding USEC investment. |
| | | | USEC Special Report received by Thomas Sauser. |
| | | | Order confirmation for Thomas Sauser dated 05/20/02. |
| | | | Vanguard Brokerage Services statement dated 08/26/02 for Thomas Sauser. |
| | | | Vanguard Brokerage Services statement dated 05/06/03 for Thomas Sauser. |
| 102 | | | E-mail from "The Profit Hog" to Briggs entitled "Who Said the Housing Bubble was Bursting?" |
| 103 | MAR 24 2005 | MAR 24 2005 | Investment Article written by Ian Cooper of Extreme Volatility Speculator published by Agora entitled "You Can Use The Same Secret Intelligence Gathering Tactics Used by the CIA To Make As Much as 144% in less than two weeks. . . ." |
| 104 | | | E-mail from The Investment U E-Letter to James Briggs enclosing Article # 374 "Bush Will Win It," The Investment U E-Letter dated September 30, 2004 by Steve Sjuggerud. |
| 105 | | | Investment U e-letter "This 7-Cent Stock Soared to $9.60, Turning $500.00 into $68,571.43 . . . Imagine Getting Rich . . ." |
| 106 | | | E-mail dated 10/10/03 from Jim and Sue Briggs to Steve Sjuggerud entitled "The smartest trader I've met in a long time …." |
| 107 | | | E-mail dated 10/01/03 from James Briggs enclosing "Cancellation of Options Advantage Subscription- and Refund." PI 00288- PI 00290 |
| 108 | MAR 24 2005 | MAR 24 2005 | E-mail dated 10/01/03 from James Briggs forwarding "D-Wave-A Major Problem." PI 00251-PI 00259 |
| 109 | | | Enforcement complaint from James Briggs forwarded to Brent Baker on 09/30/03. PI 00106-PI 00108 |
| 110 | MAR 24 2005 | MAR 24 2005 | E-mail dated 10/01/03 from James Briggs regarding cancellation of Matrix Trader subscription and requesting a refund. PI 00302-PI 00305. |
| 111 | | | E-mail dated 10/01/03 from James Briggs regarding "Archive of Past Trade Action Summaries." PI 00292-PI 00293 |
| 112 | | | E-mail dated 10/15/03 James Briggs requesting cancellation of subscription and refund. |
| 113 | | | E-mail dated 10/10/03 from James Briggs requesting clarification on the statement "24 winners out of 24 picks." PI 00311-PI 00317 |

| No. | | | Description |
|---|---|---|---|
| 114 | MAR 2 2005 | MAR 24 2005 | E-mail dated 10/11/03 from James Briggs regarding Extreme Volatility Speculator issue #162 and updated portfolio. PI 00318-PI 00320 |
| 115 | | | 10/05/03 "The Profit Hog – Profiting from Conference Hype" from Agora to Investor Briggs. PI 00338-PI 00340 |
| 116 | | | The Contrarian Speculator "Between March 28, 2002 and April 25, 2002, Wellpoint's Stock Went Up 18%... But Some Wellpoint Sharp Investors Following a Little-Known Strategist Supercharged Their Portfolios with 211% on the Exact Same Move." |
| 117 | | | D-Wave dated 08/21/03 "Introducing D-Wave, the New 'WaveStrength Analysis System' Created by Trading Experts Bryan Bottarelli and Adam Lass." |
| 118 | MAR 2 4 2005 | MAR 2 4 2005 | "Introducing D-Wave, the New 'WaveStrength Analysis System' Created by Trading Experts Bryan Bottarelli and Adam Lass, Trading Experts" dated 10/10/03. |
| 119 | MAR 2 4 2005 | MAR 2 4 2005 | D-Wave Lifetime Track Record chart. |
| 120 | | | E-Trade Financials for Jody Madron from 01/03/02 to 08/15/02. |
| 122 | MAR 2 4 2005 | MAR 2 4 2005 | E-Trade Financial Account Statement for Jody Madron for 05/01/02 through 05/31/02 |
| | | | Various issues of Pirate Investor's "The Blast" publications from 11/03 |
| 123 | | | Issues of Pirate Investor's "The Blast" publications from 05/02 |
| 124 | | | The Blast 09/22/01. AG 02771-AG 02773 |
| 125 | MAR 2 4 2005 | MAR 2 4 2005 | Blast list of releases 05/02. AG 00118-AG 00119 |
| 126 | MAR 2 1 2005 | MAR 2 1 2005 | USEC press release dated 01/23/02 "USEC Inc, Reports Second Quarter Earnings of $.12 per Share". 001224-001230 |
| 127 | | | USEC press release dated 02/25/02 "USEC Reaches Agreement in Principle with Tenex on Russian HEU". 003215-003216 |
| 128 | MAR 2 1 2005 | MAR 2 1 2005 | USEC press release dated 02/26/02 "STATUS OF THE RUSSIAN HEU PURCHASE CONTRACT". 000992 |
| 129 | MAR 2 1 2005 | MAR 2 1 2005 | USEC press release dated 04/24/02 "USEC Inc. Reports Third Quarter Financial Results." RC 00153-RC 00159 |
| 130 | | | USEC press release dated 06/18/02 "Governments Approve New USEC-Russian Agreement" 000945-000946 |
| 131 | MAR 2 1 2005 | MAR 2 1 2005 | USEC press release dated 06/19/02 "Governments Approve New USEC-Russian Agreement." RC 00248-RC 00249 |
| 132 | MAR 2 1 2005 | MAR 2 1 2005 | USEC press release dated 06/18/02 "USEC and U.S. Energy Department Sign Accord". 001006-001008 |
| 133 | | | USEC press release dated 07/31/02 "USEC Reports FY 2002 Financial Results". 003366-003374 |
| 134 | MAR 2 2 2005 | MAR 2 2 2005 | White House Press Release dated 05/13/02 entitled "President Announces Nuclear Arms Treaty with Russia". |
| 135 | | | Nuclear Fuel Article dated 01/07/02 entitled "Jan. 1 Passes with no USEC-Tenex Heu Deal, Some Delays in Shipments Now Expected". RC 00003-RC 00004 |
| 136 | | | Issue of Russian Economic News dated 01/22/02 entitled "Russia Will Not cut prices on Low-Enriched Uranium for U.S. Nuclear Power Sector." RC00031 |
| 137 | | | Bloomberg Special dated 02/01/02 "Russia Appeals to U.S. for Talks on Uranium, Suspends Shipments." RC 00096-RC 00100 |
| 138 | | | The Associated Press State & Local Wire dated 02/22/02 "Deal Reached on Program that Brings Russian Nuclear Fuel into U.S." RC 00114-RC 00115 |

| | | | |
|---|---|---|---|
| 139 | | | Bloomberg Report dated 02/26/02 "USEC Resolving Dispute on Uranium Shipments." |
| 140 | MAR 2 9 2005 | MAR 2 9 2005 | Financial Times Limited (London) dated 02/26/02 "US, Russia set for uranium deal." |
| 141 | | | Nuclear Fuel Issue dated 03/04/02 "USEC, Tenex Agree on New Heu Contract, Both Expect Government Approvals; Spot U Price Up." RC 00122-RC 00124 |
| 142 | MAR 2 9 2005 | MAR 2 9 2005 | Bloomberg Special dated 04/08/02 "Russia to Resume Shipments of Nuclear Fuel to U.S. Power Plants." RC 00149-RC 00150 |
| 143 | MAR 2 2 2005 | MAR 2 2 2005 | The Washington Post dated 4/29/02 featuring electric and gas companies. |
| 144 | MAR 2 1 2005 | MAR 2 1 2005 | Nuclear Fuel dated 04/29/02 "USEC Reports Lower Earnings, Resumes Talks with DOE" 000978-000979 |
| 145 | MAR 2 9 2005 | MAR 2 9 2005 | Activa dated 04/30/02 "Company News – USEC and Tenex strike a deal." RC 00198 |
| 146 | MAR 2 2 2005 | MAR 2 2 2005 | Bulletin of the Atomic Scientists dated 05/1/02 "Megatons to mega-problems: did USEC ever stand a chance?" |
| 147 | MAR 2 2 2005 | MAR 2 2 2005 | The Paducah Sun dated 05/10/02 "Uranium Processor's Credit Ratings Drop as Deal to Lower Prices Languish." |
| 148 | MAR 2 1 2005 | MAR 2 1 2005 | Nuclear Fuel dated 05/13/02 "S&P Lowers USEC'S Credit Rating Against; USEC Blames DOE 'Foot-Dragging' on Agreement". 000980-000981 |
| 149 | MAR 2 1 2005 | MAR 2 1 2005 | The Wall Street Journal Online dated 05/14/02 "USEC up 13% on U.S. – Russia Deal to Cut Nuclear Warheads." |
| 150 | MAR 2 1 2005 | MAR 2 1 2005 | The Wall Street Journal Online dated 05/15/02 "USEC up 10%: US-Russia Arms Deal Continues to Boost Stock." |
| 151 | MAR 2 2 2005 | MAR 2 2 2005 | Bloomberg Report dated 05/20/02 "USEC Shares Climb in Wake of U.S. – Russia Weapons Agreement." |
| 152 | | | The Washington Post dated 05/2002 "U.S. –Russia Arsenal Reduction Pact Lifts USEC Shares." |
| 153 | MAR 2 1 2005 | MAR 2 1 2005 | USEC Second Quarter Fiscal Year 2002 Earnings Conference Call dated 01/24/02. 001116-001132 |
| 154 | MAR 2 1 2005 | MAR 2 1 2005 | 04/25/02 USEC Third Quarter Fiscal Year 2002 earnings conference call transcript. 001299-001315 |
| 155 | MAR 2 4 2005 | MAR 2 4 2005 | Agora Securities Transactions and Legal Matters Policy Guideline dated 02/96. |
| 156 | MAR 2 2 2005 | MAR 2 2 2005 | E-mail dated 06/03/02 to the OC Group Team regarding USEC group publisher's meeting recap. |
| 157 | MAR 2 4 2005 | MAR 2 4 2005 | Memorandum dated 3/12/04 to Agora Employees concerning a new policy "Employees and Agents Concerning Trading on Agora's Securities Recommendations." |
| 158 | MAR 3 0 2005 | MAR 3 0 2005 | Memorandum dated 3/12/04 to Agora Employees concerning a new policy "No Trading Policy for all Writers." |
| 159 | MAR 3 0 2005 | MAR 3 0 2005 | List of Documents sent to expert David Nelson dated 07/30/04. DN 01083-DN 01084 |
| 160 | | | David Nelson's Invoice for services rendered and expenses dated June 22, 2004. DN 00072 |
| 161 | MAR 3 0 2005 | MAR 3 0 2005 | David Nelson's Invoice for services rendered July 2004. DN 00073 |
| 162 | | | David Nelson's Invoice for services rendered August 2004. DN 001189 |
| 163 | | | E-mail dated 10/01/04 from Robert Comment to Matt Turner regarding "After the Facts Are 'Out' ULTE Jumps on Porter's Report." RC 01192-RC 001199 |

| | | | |
|---|---|---|---|
| 164 | MAR 21 2005 | MAR 21 2005 | USEC Chronology  USEC 00853-USEC 00863 |
| | MAR 24 2005 | MAR 24 2005 | Results for Special Insider Tip Report as of April 26, 2004. |
| | MAR 30 2005 | MAR 30 2005 | Letter dated 11/09/04 from Bill Bonner to Investors who requested refund. |
| 167 | MAR 22 2005 | MAR 22 2005 | Employment agreement dated 8/17/00 between The Oxford Club and Porter Stansberry. |
| 168 | MAR 22 2005 | MAR 22 2005 | Agreement dated 12/20/01 between Pirate Investor, LLC and Madron Marketing & Publishing. |
| 169 | | | Declaration of Frank Porter Stansberry dated 06/23/03. |
| | MAR 22 2005 | MAR 22 2005 | NYSE price table with movement, average and volume for USU. |
| | MAR 24 2005 | MAR 24 2005 | Testimony of Porter Stansberry dated 08/27/02 |
| 172 | MAR 24 2005 | MAR 24 2005 | Washington Post news article by Peter Slevin dated 04/28/02, "U.S., Russia Divided on Nuclear Arms Cuts." |
| 173 | MAR 22 2005 | MAR 22 2005 | The Wall Street Journal news article by Guy Chazan, dated 05/08/02, "U.S.-Russia Summit May Yield Agreement on Missile Defense."  RC 00207 |
| 174 | MAR 21 2005 | MAR 21 2005 | USEC Form 10-Q Filed 02/01/02 |
| | MAR 21 2005 | MAR 21 2005 | USEC Form 10-Q Filed 04/30/02 |
| | MAR 21 2005 | MAR 21 2005 | USEC Form 8-K filed 06/21/02 |
| | | | Smith Barney Statement dated May1-May 31, 2002 |
| 178 | | | Email from The Daily Reckoning to Marshall Peters dated 05/14/02 |
| 179 | | | Email from Elyssa Goodman to Marshall Peters dated 05/14/02 |
| 180 | | | Email from Pirate Investor to Marshall Peters dated 05/30/02 |