# *FILED SEPARATELY SHEET*

Civil Docket No. MJG-03-1042

Criminal Docket No.

## *FILED SEPARATELY*

☐     Answer

☐     Answer and attachment(s)

      Attachment(s)

      Exhibit(s)

☐     Motion:

☐     Sealed

☒     Transcript of Proceedings before the Court on 3/21/05, 3/22/05, 3/24/05, 3/29/05, 3/30/05

      Transcript of Proceedings before SSA

      Deposition of taken on

☐     Other

## *MARGINAL ORDER*

For Pleading No.

See Pleading No.

# NO. 113