```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
```

UNITED STATES SECURITIES AND    *
EXCHANGE COMMISSION
                                 *
        Plaintiff
                                 *

     vs.                 *   CIVIL ACTION NO. MJG-03-1042

AGORA, INC., et al.        *

        Defendants     *

\*    \*    \*    \*    \*    \*    \*    \*    \*

<u>JUDGMENT ORDER</u>

The Court has, this date, issued its Memorandum of Decision in the above-captioned case.

   In accordance with said decision:

1. Judgment shall be, and hereby is, entered in favor of Plaintiff Securities and Exchange Commission against Defendants Pirate Investor, LLC and Frank Porter Stansberry for violations of Section 10(b) of the Securities and Exchange Act of 1934, 15 U.S.C. § 78j(b), and Rule 10b-5 thereunder, 17 C.F.R. § 240.10b-5.

2. Judgment shall be, and hereby is, entered in favor of Defendant Agora, Inc. against Plaintiff Securities and Exchange Commission on the charged violations of Section 10(b) of the Securities and Exchange Act of 1934, 15 U.S.C. § 78j(b), and Rule 10b-5 thereunder, 17 C.F.R. § 240.10b-5.

3. Defendants Pirate Investor, LLC and Frank Porter Stansberry shall be, and hereby are, enjoined from any and all future violations of Section 10(b) of the Securities and Exchange Act of 1934, 15 U.S.C. § 78j(b), and Rule 10b-5 thereunder, 17 C.F.R. § 240.10b-5.

4. Defendant Pirate Investor, LLC and Defendant Frank Porter Stansberry shall pay the Clerk of the Court

>     the sum of $1,312,620^1$ together with judgment interest thereon.
>
> 5.  Defendant Pirate Investor, LLC shall pay a civil penalty in the amount of $120,000 pursuant to 15 U.S.C. § 78u(d)(3)(B)(iii).
>
> 6.  Defendant Frank Porter Stansberry shall pay a civil penalty in the amount of $120,000 pursuant to 15 U.S.C. § 78u(d)(3)(B)(iii).
>
> 7.  Defendant Pirate Investor, LLC and Defendant Frank Porter Stansberry$^2$ shall pay all assessable costs of this action.
>
> 8.  This Order shall be deemed to be a final judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, on <u>**Wednesday, August 1, 2007**</u>.

>                    _____/ s /_____
>                    Marvin J. Garbis
>                    **United States District Judge**

---

[1] The said Defendants are jointly and severally liable for the primary obligation of Defendant Pirate Investor, LLC to pay $1,050,096 ($801,600 of principal and $248,496 of prejudgment interest) and of Defendant Frank Porter Stansberry to pay $262,524 ($200,400 of principal and $62,124 of prejudgment interest).

[2] The said Defendants are jointly and severally liable for assessable costs.