FILED: September 15, 2009

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 08-1037
(1:03-cv-01042-MJG)

_____

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff - Appellee

v.

PIRATE INVESTOR LLC; FRANK PORTER STANSBERRY,

        Defendants - Appellants

 and

AGORA, INCORPORATED,

        Defendant

JAMES DALE DAVIDSON,

        Intervenor/Defendant

------------------------------

FORBES, LLC; HEARST CORPORATION; TRIBUNE COMPANY, (including the Baltimore Sun); EAGLE FINANCIAL, INCORPORATED; INVESTORPLACE MEDIA, LLC; AMERICAN SOCIETY OF NEWSPAPER EDITORS; CALIFORNIA FIRST AMENDMENT COALITION; RADIO-TELEVISION NEWS DIRECTORS ASSOCIATION; REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS; SOCIETY OF PROFESSIONAL JOURNALISTS; THOMAS JEFFERSON CENTER FOR THE PROTECTION OF FREE EXPRESSION,

        Amici Supporting Appellant

_____

J U D G M E N T

_____

In accordance with the decision of this Court, the judgment of the District Court is affirmed.

This judgment shall take effect upon issuance of this Court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK