UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    PLAINTIFF,<br>v.<br><br>AGORA, INC., *et al.*,<br><br>    DEFENDANTS. | NO. 1:03-CV-1042-MJG |

**DEFENDANT PIRATE INVESTOR'S UNOPPOSED MOTION TO VACATE PERMANENT INJUNCTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(b)(5)**

Defendant Pirate Investor LLC (currently doing business as Stansberry & Associates Investment Research, LLC), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 60(b)(5), moves this Court to vacate the Permanent Injunction entered on October 3, 2007 in the above-captioned matter.  Plaintiff Securities and Exchange Commission does not oppose Pirate Investor's motion.

Dated:  January 31, 2020

Respectfully submitted,

/s/ *Ada Fernandez Johnson*
Ada Fernandez Johnson,
Bar No. 20566
DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Ave., NW
Washington, D.C.20004
T: (202) 383-8000
F: (202) 383-8118
afjohnson@debevoise.com

Andrew J. Ceresney, *pro hac vice* application pending
Sarah B. Hoefle, *pro hac vice* application pending
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
T: (212) 909-6000
F: (212) 909-6836
aceresney@debevoise.com
shoefle@debevoise.com

*Counsel to Defendant Pirate Investor, LLC*