UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>PLAINTIFF,<br>v.<br><br>AGORA, INC., *et al.*,<br><br>DEFENDANTS. | NO. 1:03-CV-1042-MJG |

[JOINT PROPOSED] ORDER

It is, this __5__ day of __Feb.__ 2020, by the United States District Court for the District of Maryland:

ORDERED that Defendant Pirate Investor's Unopposed Motion to Vacate the Permanent Injunction Pursuant to Federal Rule of Civil Procedure 60(b)(5) (ECF No. 250) is GRANTED; and it is further

ORDERED that the Permanent Injunction (ECF No. 124) is VACATED only as to Defendant Pirate Investor, LLC (currently doing business as Stansberry & Associates Investment Research, LLC).

_____
United States District Judge